UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 07-14222-GRAHAM

ROBIN A. JIMENEZ, et al.,

Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation, and STEPHEN C. FARRELL

Defendants.
_____/

### PRAECIPE

Pursuant to Federal Rule of Civil Procedure 68, the Clerk of the Court will please enter judgment as to Robin A. Jimenez, Jacqueline Coleman-Brunson, Ang Detomaso, Richard Funk, Linda Mamazza, and Joni Manning-Sterling (the "Plaintiffs"), based on the Offers of Judgment and written notice indicating acceptance thereof. The Offers of Judgment are attached hereto as Exhibit A, and the written notice indicating Plaintiffs' acceptance of the Offers was already filed with this Court in this case as Docket Entry 53.

                        Respectfully submitted,

                        _____/s/ Haas A. Hatic_____
                        Haas A. Hatic (Fl. Bar No. 843989)
                        GREENSPOON MARDER, P.A.
                        Trade Centre South, Suite 700
                        100 West Cypress Creek Road
                        Fort Lauderdale, Florida 33309
                        (954) 491-1120 – Telephone
                        (954) 343-6956 – Facsimile

                        David Barmak (admitted *pro hac vice*)
                        Frank Pimentel (admitted *pro hac vice*)
                        MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC
                        701 Pennsylvania Avenue, NW, Suite 900
                        Washington, DC 20004
                        202-434-7300 (Telephone)
                        202-434-7400 (Facsimile)

                        Attorneys for Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc. and Stephen C. Farrell

## Certificate of Service

     I HEREBY CERTIFY that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        __/s/ Haas A. Hatic_____
                        Haas A. Hatic

## SERVICE LIST
### Jimenez, et al. v. Liberty Medical Supply, Inc., et al.
### Case No. 07-14222-GRAHAM
### United States District Court Southern District of Florida

Mark A. Cullen, Esq.
Beth L. Blechman, Esq.
mailbox@cullenlawfirm.net
THE CULLEN LAW FIRM, P.A.
2090 Palm Beach Lakes Boulevard,
Suite 400
West Palm Beach, Florida 33409
Telephone: (561) 640-9191
Facsimile: (561) 214-4021

Attorneys for Plaintiffs

David Barmak (*pro hac vice*)
Frank Pimentel (*pro hac vice*)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, PC
701 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
202-434-7300 (Telephone)
202-434-7400 (Facsimile)

Haas A. Hatic, Esquire
haas.hatic@greenspoonmarder.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Telephone: (954) 491-1120
Facsimile: (954) 343-6956

Attorneys for Defendants

4302184v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14222-CIV-GRAHAM

ROBIN A. JIMENEZ, JACQUELINE
COLEMAN-BRUNSON, ANG
DETOMASO, RICHARD FUNK, LINDA
MAMAZZA, and JONI MANNING-
STERLING,

                Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation, and STEPHEN C. FARRELL,

                Defendants.
_____/

### OFFER OF JUDGMENT TO PLAINTIFF JIMENEZ

To: Robin A. Jimenez c/o Mark A. Cullen, Esquire

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Steven C. Farrell (collectively "Defendants") offer to allow judgment to be taken against Defendant Liberty Medical Supply, Inc. ("LMS") and consent to entry of a judgment against LMS and in favor of you in the total amount of $2,672.22 (Two-Thousand Six-Hundred Seventy-Two Dollars and Twenty-Two Cents), plus such costs and reasonable attorney's fees as may be agreed to by the parties or, absent an agreement, assessed by the Court. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that LMS or any of the Defendants is liable in this action or that you have in fact suffered any damages.



EXHIBIT A

You have ten (10) days from the date on which this offer was served in which to accept it in writing.  If you accept this offer, the offer will be filed with the Court and the clerk of the Court will enter a judgment in this action that conforms to the terms set out in this offer.  This offer renders your claims moot because it exceeds the amount you claim to have incurred as damages and any amount that you could hope to recover at a trial of this matter, as a matter of law, and the Defendants reserve their right to file a motion to dismiss your claims as moot if you do not accept this offer.

Dated:  March 25, 2008

Respectfully submitted,

_____
Haas A. Hatic (Fl. Bar No. 843989)
haas.hatic@greenspoonmarder.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Telephone:  (954) 491-1120
Facsimile:  (954) 343-6956

David Barmak (*pro hac vice*)
Frank Pimentel (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

(202) 434-7300 – Telephone
(202) 434-7400 – Facsimile

Attorneys for Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Stephen C. Farrell

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I caused a copy of the foregoing **Offer of Judgment** to be served, via facsimile and Overnight Mail, on:

Mark A. Cullen, Esq.
Beth L. Blechman, Esq.
The Cullen Law Firm, P.A.
Concourse Tower II – Suite 400
2090 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409

561.640.9191 (Telephone)
561.214.4021 (Facsimile)

Attorneys for Plaintiffs

_____
Frank T. Pimentel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14222-CIV-GRAHAM

ROBIN A. JIMENEZ, JACQUELINE
COLEMAN-BRUNSON, ANG
DETOMASO, RICHARD FUNK, LINDA
MAMAZZA, and JONI MANNING-
STERLING,

                Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation, and STEPHEN C. FARRELL,

                Defendants.
_____/

### OFFER OF JUDGMENT TO PLAINTIFF COLEMAN-BRUNSON

To: Jacqueline Coleman-Brunson c/o Mark A. Cullen, Esquire

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Steven C. Farrell (collectively "Defendants") offer to allow judgment to be taken against Defendant Liberty Medical Supply, Inc. ("LMS") and consent to entry of a judgment against LMS and in favor of you in the total amount of $152.36 (One-Hundred Fifty-Two Dollars and Thirty-Six Cents), plus such costs and reasonable attorney's fees as may be agreed to by the parties or, absent an agreement, assessed by the Court. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that LMS or any of the Defendants is liable in this action or that you have in fact suffered any damages.

You have ten (10) days from the date on which this offer was served in which to accept it in writing. If you accept this offer, the offer will be filed with the Court and the clerk of the Court will enter a judgment in this action that conforms to the terms set out in this offer. This offer renders your claims moot because it exceeds the amount you claim to have incurred as damages and any amount that you could hope to recover at a trial of this matter, as a matter of law, and the Defendants reserve their right to file a motion to dismiss your claims as moot if you do not accept this offer.

Dated: March 25, 2008

Respectfully submitted,

_____
Haas A. Hatic (Fl. Bar No. 843989)
haas.hatic@greenspoonmarder.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Telephone: (954) 491-1120
Facsimile: (954) 343-6956

David Barmak (*pro hac vice*)
Frank Pimentel (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

(202) 434-7300 – Telephone
(202) 434-7400 – Facsimile

Attorneys for Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Stephen C. Farrell

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I caused a copy of the foregoing **Offer of Judgment** to be served, via facsimile and Overnight Mail, on:

Mark A. Cullen, Esq.
Beth L. Blechman, Esq.
The Cullen Law Firm, P.A.
Concourse Tower II – Suite 400
2090 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409

561.640.9191 (Telephone)
561.214.4021 (Facsimile)

Attorneys for Plaintiffs

_____
Frank T. Pimentel

3

4029015v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14222-CIV-GRAHAM

ROBIN A. JIMENEZ, JACQUELINE
COLEMAN-BRUNSON, ANG
DETOMASO, RICHARD FUNK, LINDA
MAMAZZA, and JONI MANNING-
STERLING,

      Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation, and STEPHEN C. FARRELL,

      Defendants.
_____/

## OFFER OF JUDGMENT TO PLAINTIFF DETOMASO

To: Ang Detomaso c/o Mark A. Cullen, Esquire

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Steven C. Farrell (collectively "Defendants") offer to allow judgment to be taken against Defendant Liberty Medical Supply, Inc. ("LMS") and consent to entry of a judgment against LMS and in favor of you in the total amount of $1,115.96 (One-Thousand One-Hundred Fifteen Dollars and Ninety-Six Cents), plus such costs and reasonable attorney's fees as may be agreed to by the parties or, absent an agreement, assessed by the Court. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that LMS or any of the Defendants is liable in this action or that you have in fact suffered any damages.

You have ten (10) days from the date on which this offer was served in which to accept it in writing. If you accept this offer, the offer will be filed with the Court and the clerk of the Court will enter a judgment in this action that conforms to the terms set out in this offer. This offer renders your claims moot because it exceeds the amount you claim to have incurred as damages and any amount that you could hope to recover at a trial of this matter, as a matter of law, and the Defendants reserve their right to file a motion to dismiss your claims as moot if you do not accept this offer.

Dated: March 25, 2008

Respectfully submitted,

_____
Haas A. Hatic (Fl. Bar No. 843989)
haas.hatic@greenspoonmarder.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Telephone: (954) 491-1120
Facsimile: (954) 343-6956

David Barmak (*pro hac vice*)
Frank Pimentel (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

(202) 434-7300 – Telephone
(202) 434-7400 – Facsimile

Attorneys for Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Stephen C. Farrell

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I caused a copy of the foregoing **Offer of Judgment** to be served, via facsimile and Overnight Mail, on:

Mark A. Cullen, Esq.
Beth L. Blechman, Esq.
The Cullen Law Firm, P.A.
Concourse Tower II – Suite 400
2090 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409

561.640.9191 (Telephone)
561.214.4021 (Facsimile)

Attorneys for Plaintiffs

_____
Frank T. Pimentel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14222-CIV-GRAHAM

ROBIN A. JIMENEZ, JACQUELINE
COLEMAN-BRUNSON, ANG
DETOMASO, RICHARD FUNK, LINDA
MAMAZZA, and JONI MANNING-
STERLING,

             Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation, and STEPHEN C. FARRELL,

             Defendants.
_____/

## OFFER OF JUDGMENT TO PLAINTIFF FUNK

To: Richard Funk c/o Mark A. Cullen, Esquire

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Steven C. Farrell (collectively "Defendants") offer to allow judgment to be taken against Defendant Liberty Medical Supply, Inc. ("LMS") and consent to entry of a judgment against LMS and in favor of you in the total amount of $774.28 (Seven-Hundred Seventy-Four Dollars and Twenty-Eight Cents), plus such costs and reasonable attorney's fees as may be agreed to by the parties or, absent an agreement, assessed by the Court. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that LMS or any of the Defendants is liable in this action or that you have in fact suffered any damages.

You have ten (10) days from the date on which this offer was served in which to accept it in writing. If you accept this offer, the offer will be filed with the Court and the clerk of the Court will enter a judgment in this action that conforms to the terms set out in this offer. This offer renders your claims moot because it exceeds the amount you claim to have incurred as damages and any amount that you could hope to recover at a trial of this matter, as a matter of law, and the Defendants reserve their right to file a motion to dismiss your claims as moot if you do not accept this offer.

Dated: March 25, 2008

Respectfully submitted,

_____
Haas A. Hatic (Fl. Bar No. 843989)
haas.hatic@greenspoonmarder.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Telephone: (954) 491-1120
Facsimile: (954) 343-6956

David Barmak (*pro hac vice*)
Frank Pimentel (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

(202) 434-7300 – Telephone
(202) 434-7400 – Facsimile

Attorneys for Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Stephen C. Farrell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14222-CIV-GRAHAM

ROBIN A. JIMENEZ, JACQUELINE
COLEMAN-BRUNSON, ANG
DETOMASO, RICHARD FUNK, LINDA
MAMAZZA, and JONI MANNING-
STERLING,

                Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation, and STEPHEN C. FARRELL,

                Defendants.
_____/

## OFFER OF JUDGMENT TO PLAINTIFF MAMAZZA

To: Linda Mamazza c/o Mark A. Cullen, Esquire

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Steven C. Farrell (collectively "Defendants") offer to allow judgment to be taken against Defendant Liberty Medical Supply, Inc. ("LMS") and consent to entry of a judgment against LMS and in favor of you in the total amount of $537.66 (Five-Hundred Thirty-Seven Dollars and Sixty-Six Cents), plus such costs and reasonable attorney's fees as may be agreed to by the parties or, absent an agreement, assessed by the Court. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that LMS or any of the Defendants is liable in this action or that you have in fact suffered any damages.

You have ten (10) days from the date on which this offer was served in which to accept it in writing. If you accept this offer, the offer will be filed with the Court and the clerk of the Court will enter a judgment in this action that conforms to the terms set out in this offer. This offer renders your claims moot because it exceeds the amount you claim to have incurred as damages and any amount that you could hope to recover at a trial of this matter, as a matter of law, and the Defendants reserve their right to file a motion to dismiss your claims as moot if you do not accept this offer.

Dated: March 25, 2008

Respectfully submitted,

*[signature]*

Haas A. Hatic (Fl. Bar No. 843989)
haas.hatic@greenspoonmarder.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Telephone: (954) 491-1120
Facsimile: (954) 343-6956

David Barmak (*pro hac vice*)
Frank Pimentel (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

(202) 434-7300 – Telephone
(202) 434-7400 – Facsimile

Attorneys for Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Stephen C. Farrell

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I caused a copy of the foregoing **Offer of Judgment** to be served, via facsimile and Overnight Mail, on:

Mark A. Cullen, Esq.
Beth L. Blechman, Esq.
The Cullen Law Firm, P.A.
Concourse Tower II – Suite 400
2090 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409

561.640.9191 (Telephone)
561.214.4021 (Facsimile)

Attorneys for Plaintiffs

_____
Frank T. Pimentel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14222-CIV-GRAHAM

ROBIN A. JIMENEZ, JACQUELINE
COLEMAN-BRUNSON, ANG
DETOMASO, RICHARD FUNK, LINDA
MAMAZZA, and JONI MANNING-
STERLING,

                Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation, and STEPHEN C. FARRELL,

                Defendants.
_____/

## OFFER OF JUDGMENT TO PLAINTIFF MANNING-STERLING

To: Joni Manning-Sterling c/o Mark A. Cullen, Esquire

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Steven C. Farrell (collectively "Defendants") offer to allow judgment to be taken against Defendant Liberty Medical Supply, Inc. ("LMS") and consent to entry of a judgment against LMS and in favor of you in the total amount of $202.92 (Two-Hundred-Two Dollars and Ninety-Two Cents), plus such costs and reasonable attorney's fees as may be agreed to by the parties or, absent an agreement, assessed by the Court. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that LMS or any of the Defendants is liable in this action or that you have in fact suffered any damages.

You have ten (10) days from the date on which this offer was served in which to accept it in writing. If you accept this offer, the offer will be filed with the Court and the clerk of the Court will enter a judgment in this action that conforms to the terms set out in this offer. This offer renders your claims moot because it exceeds the amount you claim to have incurred as damages and any amount that you could hope to recover at a trial of this matter, as a matter of law, and the Defendants reserve their right to file a motion to dismiss your claims as moot if you do not accept this offer.

Dated: March 25, 2008

Respectfully submitted,

_____
Haas A. Hatic (Fl. Bar No. 843989)
haas.hatic@greenspoonmarder.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Telephone: (954) 491-1120
Facsimile: (954) 343-6956

David Barmak (*pro hac vice*)
Frank Pimentel (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

(202) 434-7300 – Telephone
(202) 434-7400 – Facsimile

Attorneys for Defendants Liberty Medical Supply, Inc., Liberty Healthcare Group, Inc., and Stephen C. Farrell

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I caused a copy of the foregoing **Offer of Judgment** to be served, via facsimile and Overnight Mail, on:

Mark A. Cullen, Esq.
Beth L. Blechman, Esq.
The Cullen Law Firm, P.A.
Concourse Tower II – Suite 400
2090 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409

561.640.9191 (Telephone)
561.214.4021 (Facsimile)

Attorneys for Plaintiffs

_____
Frank T. Pimentel