UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14222-CIV-GRAHAM

ROBIN A. JIMENEZ,
JAQUELINE COLEMAN-BRUNSON,
ANG DETOMASO, RICHARD FUNK,
LINDA MAMAZZA, and JONI MANNING-STERLING

    Plaintiff,

vs.

LIBERTY MEDICAL SUPPLY, INC., a
Florida Corporation, LIBERTY
HEALTHCARE GROUP, INC., a Delaware
Corporation and STEPHEN C. FARRELL,

    Defendant.
_____/

## CLERK'S ENTRY OF JUDGMENT

Based upon the Plaintiffs Notice of Acceptance of Offer of Judgment filed April 3, 2008, and Pursuant to Federal Rules of Civil Procedure 68, the Clerk of the Court hereby enters Judgment in favor of Plaintiffs as stated in the Offers of Judgment filed April 10, 2008.

    DONE in Miami, Florida, on April 30, 2008.

                                       **STEVEN M. LARIMORE**
                                       **Court Administrator • Clerk of Court**


                                       **By:**    s/Yvonne Cedeño
                                              **Deputy Clerk**