UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 07-14222-cv-GRAHAM

ROBIN A. JIMENEZ,
JACQUELINE COLEMAN-BRUNSON,
ANG DETOMASO, RICHARD FUNK,
LINDA MAMAZZA, and JONI MANNING-STERLING

    Plaintiffs,

v.

LIBERTY MEDICAL SUPPLY, INC.,
a Florida Corporation, LIBERTY HEALTHCARE
GROUP, INC. a Delaware Corporation,
and STEPHEN C. FARRELL,

    Defendants.
_____/

## NOTICE OF SATISFACTION OF ALL JUDGMENTS

COME NOW, the Plaintiffs, by and through undersigned counsel and give notice that the Defendant Liberty Medical Supply, Inc. has fully and completely satisfied all judgments in this case, including the judgments entered by the clerk of this court on April 30, 2008 and docketed on May 9, 2008 (DE 60).

Dated: November 7, 2008

                Respectfully submitted,

                /s/ Mark A. Cullen
                _____
                Mark A. Cullen
                Florida Bar No. 325082
                Beth L. Blechman
                Florida Bar No. 599522
                THE CULLEN LAW FIRM, P.A.
                *Attorneys for Plaintiffs*
                2090 Palm Beach Lakes Boulevard, Suite 400

West Palm Beach, Florida  33409
Telephone:     561.640.9191
Facsimile:      561.214.4021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Haas A. Hatic, Esq., Greenspoon Marder, P.A., Trade Centre South - Suite 700, 100 W. Cypress Creek Road, Fort Lauderdale, Florida  33309 and David Barmak, Esq., Mintz, Levin, Cohn, et al., 701 Pennsylvania Avenue, N.W., Washington, DC  20004, this 7th day of November, 2008.

/s/ Mark A. Cullen
_____
Mark A. Cullen